# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN BRAUNSTEIN, #64697 | ) ) | |
| Plaintiff, | ) ) | 3:12-cv-00235-LRH-WGC |
| vs. | ) ) | |
| BRIAN SANDOVAL, *et al.*, | ) ) | **ORDER** |
| Defendants. | ) ) | |

On June 5, 2012, the court issued an order dismissing plaintiff's *pro se* civil rights complaint with prejudice for failure to state any claims for which relief may be granted (ECF #3). Judgment was entered on June 6, 2012 (ECF #5). On June 12, 2012, plaintiff filed a notice of appeal (ECF #6). On June 29, 2012, the court noted *sua sponte* that the judgment should have directed dismissal without prejudice rather than with prejudice of the *Heck*-barred claims (ECF #11). On September 12, 2012, the Ninth Circuit Court of Appeals remanded the matter to this court for the limited purpose of reconsidering the judgment (ECF #13).

**IT IS THEREFORE ORDERED** that the portion of the Screening Order (ECF #3) dismissing the complaint with prejudice rather than without prejudice is **VACATED**.

**IT IS FURTHER ORDERED** that the judgment entered on June 6, 2012 (ECF #5), is **VACATED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED without prejudice**.

///

///

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 25th day of September, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE